```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18251
     FREDDIE LEE GIST
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-6924


----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 07/16/2008 and was not confirmed.

     The case was dismissed without confirmation 10/02/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED              .00           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY     NOT FILED             .00            .00
AUDIT SYSTEMS             UNSECURED    NOT FILED             .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       1017.66            .00            .00
CITY OF CHICAGO PARKING   UNSECURED       2140.00            .00            .00
FAST CASH ADVANCE         UNSECURED    NOT FILED             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED    NOT FILED             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED    NOT FILED             .00            .00
LASALLE BANK              UNSECURED    NOT FILED             .00            .00
MTE FINANCIAL             UNSECURED    NOT FILED             .00            .00
YESSG 3/MICHAEL REESE HO  UNSECURED       1909.14            .00            .00
BURNS & WINCEK LTD        DEBTOR ATTY   3,000.00                            .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                        .00                   .00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 18251 FREDDIE LEE GIST
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```